Certificate Number: 13858-PAE-DE-030433961

Bankruptcy Case Number: 17-15863



13858-PAE-DE-030433961

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 15, 2018</u>, at <u>8:21</u> o'clock <u>PM EST</u>, <u>Richard Butler</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 15, 2018</u>

By:  <u>/s/Tateayanna Martinez</u>

Name:  <u>Tateayanna Martinez</u>

Title:  <u>Counselor</u>