| | | |
|---|---|---|
| IN RE: Richard Butler | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 17-15863 |
| | : | Chapter 7 |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael J. McCrystal, Esquire have this 11th day of June, 2018, served upon the following named persons, Amended Schedule D, by United States Mail, Postage Prepaid:

ABC Bail Bonds  
215 West Bridge Street  
Morrisville, PA 19067  

US Department of HUD  
51 Corporate Circle  
Albany, NY 12203  

Respectfully Submitted,

/s/ Michael J. McCrystal  
_____  
Michael J. McCrystal, Esquire  
2355 Old Post Road, Ste. 4  
Coplay, PA 18037  
Attorney for the Debtor