# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Richard Butler**                                                    Case No.  **17-15863**
                                    Debtor(s)                                 Chapter   **13**

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal**, declare that I am a resident of or employed in the County of **Lehigh**, Commonwealth of **Pennsylvania**. My address is **151 Main Street, Suite A, Emmaus, PA 18049**. I am over the age of eighteen years of age and am not a party to this case.

On **November 1, 2018**, I served the Notice of Motion to **Approve Professional Compensation** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at ___ addressed as follows:

ABC Bail Bonds Inc.
215 West Broad Street
Morrisville, PA 19067

Admirals Bank
200 Clarendon St Fl 22
Boston, MA 02116

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801

Bb&t
Po Box 1847
Wilson, NC 27894

Bb&t
Po Box 1847
Wilson, NC 27894

Bb&t
Philadelphia & Reading A
Boyertown, PA 19512

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

Cardworks/CW Nexus
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Cardworks/CW Nexus
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Cavalry Portfolio Services
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179

Comenitycapital/boscov
Comenity Bank
Po Box 182125
Columbus, OH 43218

Credit First National Assoc
Attn: BK Credit Operations
Po Box 81315
Cleveland, OH 44181

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

Dept of Treasury (Fax only 855-292-970
3700 East West Highway
Hyattsville, MD 20782

DSRM National Bank/Diamond Shamrock/Vale
Po Box 631
Amarillo, TX 79105

Elan Financial Service
Po Box 790084
Saint Louis, MO 63179

First Horizon Home Loans
4000 Horizon Way
Irving, TX 75063

Hud Title I
Hud Title I - Bankruptcy Notice
451 7th Street Sw
Washington, DC 20410

Jh Portfolio Debt Equities LLc
5757 Phantom Dr Ste 225
Hazelwood, MO 63042

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201

Midland Mortgage Co
Attn: Customer Service/Bankruptcy
Po Box 26648
Oklahoma City, OK 73216

National Penn Bank
Philadelphia & Reading A
Boyertown, PA 19512

Source Receivables Mgmy, Llc
Po Box 4068
Greensboro, NC 27404

Syncb/Ashley Homestore
Po Box 965064
Orlando, FL 32896

Syncb/Toys "R" Us
Po Box 965064
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Target
C/O Financial & Retail Srvs
Mailstopn BT POB 9475
Minneapolis, MN 55440

US Department of HUD
51 Corporate Circle
Albany, NY 12203

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623

Wffnb Dual L
Po Box 94498
Las Vegas, NV 89193

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 1, 2018.

_____
Signature