*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR EASTERN DISTRICT OF PENNSYLVANIA*
*READING DIVISION*

| | | |
|---|---|---|
| IN RE: Richard Butler | : | |
| | : | |
| Debtor | : | Bankr. No. 4:17-bk-15863-ref |
| | : | |
| | : | Chapter 13 |

ADDENDUM TO CHAPTER 13 PLAN

Section 7(c)(5) Sale of Real Property

Debtor is NOT selling the Property at 2404 Freemansburg Avenue, Easton, PA 18040. The debtor does not reside at this address. It is occupied by debtor's ex-wife and their children at least one of whom is an employed adult. As part of an informal marital settlement agreement, debtor has been paying the mortgage(s) on the real estate.

At some point pre-petition, debtor took a HELOC loan with Admiral's Bank but feel far behind on its payment. This loan was federally guaranteed and was charged off and paid by HUD pre-petition. HUD is now the owner of the loan and the full amount of the loan plus accured interest is due. A POC for $24,736.90 was filed by HUD.

The ex-wife and Adult Daughter propose to finance the amount of the POC above described. They should have a period of one year or December 15, 2019 to do so. The first mortgage in favor Mid First Bank is current and will be paid by debtor directly.

Respectfully submitted,

/s/ Michael J. McCrystal, Esquire

_____

Michael J. McCrystal, Esquire
2355 Old Post Road, STE 4
Coplay, PA 18037
610 262-7873

Attorney for the Debtor