United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                            Case No. 17-15863-ref
Richard Butler                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                    Page 1 of 3                    Date Rcvd: May 23, 2019
                              Form ID: pdf900              Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db              +Richard Butler,    2404 Freemansburg Avenue,    Easton, PA 18042-5318
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14121095         ABC Bail Bonds Inc.,    215 West Broad Street,    Morrisville, PA 19067
13975849        +Admirals Bank,    200 Clarendon St Fl 22,    Boston, MA 02116-5051
13975851        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13975854         Bb&t,    Philadelphia & Reading A,    Boyertown, PA 19512
14014005         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13975861        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
13975862        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
13975863        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
14017498         Credit First NA,    PO Box 818011,    Cleveland, OH  44181-8011
13975865        +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                  Cleveland, OH 44181-0315
13975868        +DSRM National Bank/Diamond Shamrock/Vale,    Po Box 631,    Amarillo, TX 79105-0631
13975867        +Dept of  Treasury (Fax only 855-292-970,    3700 East West Highway,
                  Hyattsville, MD 20782-2015
13975870       ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
                (address filed with court:  First Horizon Home Loans,     4000 Horizon Way,    Irving, TX 75063)
13975871        +Hud Title I,    Hud Title I - Bankruptcy Notice,    451 7th Street Sw,
                  Washington, DC 20410-0002
14223140        +Michael J. McCrystal, Esquire,    151 Main Street,    Suite A,    Emmaus, PA 18049-4026
14003261        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13986824        +MidFirst Bank,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                  701 Market Street, Suit 5000,    Philadelphia, PA 19106-1541
13975874        +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                  Oklahoma City, OK 73126-0648
13975875         National Penn Bank,    Philadelphia & Reading A,    Boyertown, PA 19512
13975876        +Source Receivables Mgmy, Llc,    Po Box 4068,    Greensboro, NC 27404-4068
13975884        +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14040877         U.S. Bank NA dba Elan National Financial Services,    Bankruptcy Department,    PO Box 108,
                  St Louis, MO 63166-0108
14010031         U.S. Dept. of HUD,    51 Corporate Circle,    Albany, NY  12203
13975869       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  Elan Financial Service,     Po Box 790084,    Saint Louis, MO 63179)
14120918         US Department of HUD,    51 Corporate Circle,    Albany, NY 12203
14009307         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
13975885        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
13975886        +Wffnb Dual L,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2019 02:46:58
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 24 2019 02:47:10      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:48:16      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14120917        +E-mail/Text: maryanneabcbail@yahoo.com May 24 2019 02:47:27      ABC Bail Bonds, Inc.,
                  215 West Bridge Street,    Morrisville, PA 19067-7118
13975850        +E-mail/Text: ally@ebn.phinsolutions.com May 24 2019 02:46:45      Ally Financial,
                  Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
13980950         E-mail/Text: bankruptcy@bbandt.com May 24 2019 02:46:48      BB&T Bankruptcy,    PO Box 1847,
                  Wilson NC 27894
13975852         E-mail/Text: bankruptcy@bbandt.com May 24 2019 02:46:49      Bb&t,    Po Box 1847,
                  Wilson, NC 27894
13975855        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2019 02:48:16      Capital One,
                  Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13975858        +E-mail/Text: bkr@cardworks.com May 24 2019 02:46:42      Cardworks/CW Nexus,    Attn: Bankruptcy,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
13975860        +E-mail/Text: bankruptcy@cavps.com May 24 2019 02:47:08      Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14035414        +E-mail/Text: bankruptcy@cavps.com May 24 2019 02:47:08      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13975864        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 24 2019 02:46:51      Comenitycapital/boscov,
                  Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0313-4          User: dlv                   Page 2 of 3                   Date Rcvd: May 23, 2019
                              Form ID: pdf900             Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13975866       +E-mail/PDF: creditonebknotifications@resurgent.com May 24 2019 02:48:19      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13975872       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 24 2019 02:47:27
                 Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
13975873       +E-mail/Text: bncnotices@becket-lee.com May 24 2019 02:46:47      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14049552        E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 02:48:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14048811        E-mail/Text: bkr@cardworks.com May 24 2019 02:46:42      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14000963        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 02:47:49
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13976737       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2019 02:47:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14002280        E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 02:46:51
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14032267        E-mail/Text: appebnmailbox@sprint.com May 24 2019 02:47:03      Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
13975877       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:48:46      Syncb/Ashley Homestore,
                 Po Box 965064,    Orlando, FL 32896-5064
13975878       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:47:47      Syncb/Toys 'R' Us,
                 Po Box 965064,    Orlando, FL 32896-5064
13975879       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:47:48      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13975880       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:47:47      Synchrony Bank/HH Gregg,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
13975881       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:47:47      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
13975882       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:47:47      Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13975883       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:47:48      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14053334       +E-mail/Text: bncmail@w-legal.com May 24 2019 02:47:07      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 29


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14121096*      +Admirals Bank,    200 Clarendon St Fl 22,    Boston, MA 02116-5051
14121097*      +Ally Financial,    Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
13975853*     ++BB AND T,   PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court:  Bb&t,     Po Box 1847,    Wilson, NC 27894)
14121099*     ++BB AND T,   PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court:  Bb&t,     Po Box 1847,    Wilson, NC 27894)
14121100*     ++BB AND T,   PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court:  Bb&t,     Po Box 1847,    Wilson, NC 27894)
14121098*      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14121101*       Bb&t,    Philadelphia & Reading A,    Boyertown, PA 19512
13975856*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13975857*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14121102*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14121103*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14121104*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13975859*      +Cardworks/CW Nexus,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14121105*      +Cardworks/CW Nexus,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14121106*      +Cardworks/CW Nexus,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14121107*      +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
14121108*      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14121109*      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
14121110*      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14121111*      +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14121112*      +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland, OH 44181-0315
14121113*      +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
14121115*      +DSRM National Bank/Diamond Shamrock/Vale,    Po Box 631,    Amarillo, TX 79105-0631
14121114*      +Dept of  Treasury  (Fax only 855-292-970,    3700 East West Highway,
                 Hyattsville, MD 20782-2015
14121117*     ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
               (address filed with court:  First Horizon Home Loans,     4000 Horizon Way,    Irving, TX 75063)
14121118*      +Hud Title I,    Hud Title I - Bankruptcy Notice,    451 7th Street Sw,
                 Washington, DC 20410-0002
14121119*      +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
14121120*      +Kohls/Capital One,    Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
```

```
District/off: 0313-4          User: dlv                Page 3 of 3                  Date Rcvd: May 23, 2019
                              Form ID: pdf900          Total Noticed: 63


              ***** BYPASSED RECIPIENTS (continued) *****
14121121*       +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,    Po Box 26648,
                  Oklahoma City, OK 73126-0648
14121122*        National Penn Bank,   Philadelphia & Reading A,    Boyertown, PA 19512
14121123*       +Source Receivables Mgmy, Llc,   Po Box 4068,    Greensboro, NC 27404-4068
14121124*       +Syncb/Ashley Homestore,   Po Box 965064,   Orlando, FL 32896-5064
14121125*       +Syncb/Toys 'R' Us,   Po Box 965064,   Orlando, FL 32896-5064
14121126*       +Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
14121127*       +Synchrony Bank/HH Gregg,   Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14121128*       +Synchrony Bank/Lowes,   Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14121129*       +Synchrony Bank/Sams Club,   Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
14121130*       +Synchrony Bank/Walmart,   Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
14121131*       +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14121116*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
14121132*        US Department of HUD,   51 Corporate Circle,    Albany, NY 12203
14121133*       +Wells Fargo Dealer Services,   Attn: Bankruptcy,    Po Box 19657,   Irvine, CA 92623-9657
14121134*       +Wffnb Dual L,   Po Box 94498,   Las Vegas, NV 89193-4498
                                                                                            TOTALS: 0, * 43, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MICHAEL J. MCCRYSTAL    on behalf of Debtor Richard  Butler mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          MICHAEL J. MCCRYSTAL    on behalf of Plaintiff Richard D. Butler, Jr.. mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

RICHARD BUTLER
                                                                : Bankruptcy No. 17-15863REF
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                        BY THE COURT

**Date: May 23, 2019**
                                                                        _____
                                                                        Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
151 MAIN STREET SUITE A
EMMAUS PA 18049-

RICHARD BUTLER
2404 FREEMANSBURG AVENUE
EASTON,PA.18042