IN RE: Richard Butler

IN THE UNITED STATES
BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

CASE NO. 17-15683-ref
Chapter 13

## *ORDER*

AND NOW, this _____ day of November 2018, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand eight hundred fifty dollars and zero cents ($3,850.00) {less the sum of $1,525.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand three hundred twenty five dollars and zero cents ($2,325.00).

BY THE COURT:

**Date: May 31, 2019**

_____
USBJ